# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRISTIANA TRUST, Division of Wilmington Savings Fund Society, FSB, In Capacity as Trustee of ARLP Trust 3,<br><br>Plaintiff,<br><br>vs.<br><br>RITA WIEGAND, *et al.*,<br><br>Defendants. | 2:15-cv-01534-RCJ-VCF<br><br>**ORDER** |

Before the court is *Christiana Trust, Division of Wilmington Savings Fund Society, FSB, In Capacity as Trustee of ARLP Trust 3 v. Rita Wiegand, et al.*, case number 2:15-cv-01534-RCJ-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., November 24, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 2nd day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE